# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JERRY JAMES ELLIS**                                                                                            **PLAINTIFF**
**ADC #078658**

v.                                               No. 2:24-cv-00004-LPR

**MILLIE HILL**                                                                                                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 3).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Petition for Writ of Mandamus (Doc. 1) is DISMISSED without prejudice.  Plaintiff's Motions for Copies (Docs. 8 & 9) are DENIED as moot.  The Clerk is instructed to close this case.[1]

IT IS SO ORDERED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] It is unclear if Plaintiff was requesting, in either Doc. 8 or Doc. 9, additional time to object to the RD.  Even if he was, that request was very late.  However, out of an abundance of caution, the Court directs the Clerk to send Plaintiff a copy of the RD along with a copy of this Order.  If Plaintiff has an objection, he may file it within 30 days of the date of this Order.  If the objection causes the Court to change its mind, the Court will treat the objection as a motion to reconsider and will re-open the case.