IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JERRY JAMES ELLIS**  **PLAINTIFF**
**ADC #078658**

v.  No. 2:24-cv-00004-LPR

**MILLIE HILL**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 26th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE